# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:10-cr-00065 |
| ) | Judge Trauger |
| BUIN EDWARD HODISON ) | |

## O R D E R

The court is in receipt of a letter from Jose A. Santana of the U.S. Department of Justice - Federal Bureau of Prisons dated October 26, 2017.

It is hereby **ORDERED** that the Clerk shall file this letter as part of the record in this case.

It is so **ORDERED.**

Enter this 14th day of November 2017.

_____
ALETA A. TRAUGER
United States District Judge